**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　　Case No. 07-cr-77-PB

<u>Kevin Corbin</u>

**O R D E R**

    The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing the need for additional time to complete extensive discovery, including utilizing the services of several experts, and to prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to October 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 25, 2007 final pretrial conference is continued to September 24, 2007 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 18, 2007

cc: Robert Kinsella, AUSA
    Jonathan Saxe, Esq.
    United States Probation
    United States Marshal