```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    **v.**                                                                      Case No. 07-cr-77-PB

Kevin Corbin

## O R D E R

The defendant, through counsel, has moved to continue the October 10, 2007 trial in the above case, citing complex issues and the need for additional time to complete discovery and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 10, 2007 to February 5, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The September 24, 2007 final pretrial conference is continued to January 28, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 20, 2007

cc:  Jonathan Saxe, Esq.
     Robert Kinsella, AUSA
     United States Probation
     United States Marshal