## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   **v.**                                    Case No. 07-cr-77-PB

<u>Kevin Corbin</u>

### O R D E R

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow time to procure additional records from the IRS concerning the defendant and to engage in plea negotiations. The government does not object to a continuance of the trial date.

The January 2, 2008 order continuing the trial stated that no further continuances would be allowed in this case. However, for the reasons set forth in defendant's current motion to continue and to allow counsel time to properly prepare for trial, the court will agree to continue the trial from May 6, 2008 to October 7, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the

defendant in a speedy trial.

The April 23, 2008 final pretrial conference is continued to September 29, 2008 at 3:45 p.m.  Counsel shall note that no further continuances will be granted in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 21, 2008

cc: Jonathan Saxe, Esq.
    Robert Kinsella, AUSA
    United States Probation
    United States Marshal